**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EUGENE ALLEN MARTINEZ,

        Plaintiff,

vs.                                                     Case No. 3:13-cv-1321-J-34PDB

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Patricia D. Barksdale's Report and Recommendation (Dkt. No. 23; Report), entered on June 26, 2015. In the Report, Magistrate Judge Barksdale recommends that Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Dkt. No. 22) be granted. See Report at 7. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 23) is **ADOPTED** as the opinion of the Court.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Dkt. No. 22) is **GRANTED**.

3. Mr. Culbertson is authorized to charge Eugene Allen Martinez $8587.53 out of his past due benefits award for Mr. Culbertson's successful representation of him in this case.

4. The Clerk of the Court is directed to enter judgment accordingly, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of October, 2015.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja
Copies to:

The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record